# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SUPERIOR TANK LINES NORTHWEST DIVISION, LLC.,

    Plaintiff,

v.

ROBERT WALTERS, *et al.*,

    Defendants.

Case No. C20-5093RSL

ORDER TO SHOW CAUSE

On March 4, 2020, the Court issued an order requiring the parties to file a Joint Status Report by April 1, 2020. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, April 30, 2020, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of March 4, 2020. The Clerk is directed to place this Order to Show Cause on the Court's calendar for Friday, May 1, 2020.

DATED this 9th day of April 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE